# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2025

## NO. 03-23-00087-CR

**The State of Texas, Appellant**

**v.**

**Ryan Shackelford, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS DISMISSED FOR WANT OF JURISDICTION ON MOTION FOR REHEARING -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from an order revoking appellee's community supervision by the trial court. The Court withdraws its previous opinion and judgment issued August 21, 2024, and substitutes the attached opinion and this judgment in their place. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.